UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TYRONE CAUSEY,<br><br>        Petitioner,<br>v.<br><br>THOMAS HANLON, Superintendent,<br><br>        Respondent. | No. 1:05-CV-897-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/18/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Tyrone Causey
DOC #111030
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Miltina Gavia
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770